Chandra Leigh Peterson, CA 306935
Assistant Federal Public Defender
Email: Chandra_peterson@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
Attorney for Mr. Wolf

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-mj-168 |
| Plaintiff, | DEFENDANT'S UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT |
| v. | |
| DENI JUNGIC WOLF, | |
| Defendant. | |

Defendant Deni Jungic Wolf, through his attorney, Chandra Leigh Peterson, moves this Court to continue the arraignment in the above-entitled case, which is presently scheduled July 17, 2025, for a period of approximately 32 days to August 18, 2025. This motion is unopposed by Assistant United States Attorney Paul Maloney.

Mr. Wolf has been released on pretrial conditions.

Mr. Wolf understands that he has been accused of Assaulting a federal officer which causes bodily injury, in violation of 18 U.S.C. § 111(a)(1) and (b). He understands he has the right to a

speedy indictment which requires the return of an indictment or filing of an information against him within 30 days of his arrest.

After receiving this advice, Mr. Wolf waives his right to prosecution by speedy indictment and consents to prosecution by indictment or information at a later time.

DATED: July 3, 2025.

*/s/ Chandra Leigh Peterson*
Chandra Leigh Peterson, CA 306935